NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1217
(Reexamination No. 90/007,353)

IN RE MICHAEL I. RACKMAN

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

O R D E R

Michael I. Rackman submits correspondence that the court treats as a motion for oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to decide this case. A copy of the motion and this order shall be transmitted to the merits panel.

FOR THE COURT

AUG 2 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael I. Rackman
    Raymond T. Chen, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 6 2009

JAN HORBALY
CLERK